

PLAINTIFF'S EXHIBIT
3-A

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Francisco Jimenez

Re: Timbuktu Employment Claims

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $37,658.00 |
| New Balance | $37,658.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $37,658.00 |
| Trust Account | $0.00 |

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Francisco Jimenez

Invoice Date: June 25, 2018
Invoice Number: Pre-bill
Invoice Amount: $37,658.00

## Matter: Timbuktu Employment Claims

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/14/2017 | Meet and confer with clients re employment issues and prospective litigation. | H.B.H. | 1.80 | $720.00 |
| 9/15/2017 | Draft extensive comm. to clients re wage/hour issues. | H.B.H. | .60 | $240.00 |
| 9/16/2017 | Review multi comm. from CJ re wage payment records. | H.B.H. | .20 | $80.00 |
| 9/22/2017 | Tele conf. with F. Jimenez re status of matter. | H.B.H. | .20 | $80.00 |
| 9/24/2017 | Review file materials. Draft comm. to clients re status of matter. | H.B.H. | .60 | $240.00 |
| 9/26/2017 | Review and respond to comm. from CJ re status of matter. | H.B.H. | .10 | $40.00 |
| 9/27/2017 | Review and respond to comm. from TG. | H.B.H. | .10 | $40.00 |
| 9/28/2017 | Begin drafting of lawsuit. (.3 hrs) Tele conf. with C. Jones re same. (.2 hrs). | H.B.H. | .50 | $200.00 |
| 9/29/2017 | Tele conf with Tonya G. re status of matter. | H.B.H. | .10 | $40.00 |
| 10/3/2017 | Tele conf. with FJ re facts for investigation. | H.B.H. | .60 | $240.00 |
| 10/17/2017 | Extensive tele conf. with C. Jones re employment. Research Defendants. Review file materials. Begin drafting lawsuit. | H.B.H. | 4.30 | $1,720.00 |
| 10/18/2017 | Draft Complaint for unpaid wages. Review and revise. Multi tele conf. with C. Jones. Tele conf. with Jimenez. Tele conf. with BWW re same. Further revise complaint. Prepare civil cover sheet and summons. Open case via ECF. | H.B.H. | 8.20 | $3,280.00 |
| 10/19/2017 | Review summons from Court. (.1 hrs). Draft letter to P. Andrews of Kramon & Graham re service of process; prepare materials and transmit same. | H.B.H. | 1.40 | $560.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/20/2017 | Draft comm. to P. Andrews re service of process on Canterbury Restaurant. | H.B.H. | .30 | $120.00 |
| 10/23/2017 | Draft comm to J. Dougherty re service of process. | H.B.H. | .10 | $40.00 |
| 10/24/2017 | Prepare materials and draft memo of instruction to process servers; transmit materials via priority mail. | H.B.H. | .60 | $240.00 |
| 10/30/2017 | Tele conf. with FJ re status of matter. | H.B.H. | .20 | $80.00 |
| 10/31/2017 | Tele conf. with J. Redd re status of matter. | H.B.H. | .10 | $40.00 |
| 10/31/2017 | Tele conf. with Jimenez re status of matter. | H.B.H. | .20 | $80.00 |
| 11/1/2017 | Draft Affidavit (Proof) of Service. Review and revise. Prepare materials and file via ECF. | H.B.H. | .30 | $120.00 |
| 11/1/2017 | Tele conf. with J. Scherr re claims of theft. | H.B.H. | .10 | $40.00 |
| 11/7/2017 | Tele conf with Jimenez re wage theft claims | H.B.H. | .30 | $120.00 |
| 11/13/2017 | Draft comm to J. Redd re Timbuktu restaurant. | H.B.H. | .10 | $40.00 |
| 11/14/2017 | Tele conf. with FJ re status of matter. | H.B.H. | .30 | $120.00 |
| 11/20/2017 | Tele conf. with Gary Howe re potential claims. | H.B.H. | .70 | $280.00 |
| 11/20/2017 | Tele conf. with BWW re Timbuktu settlement overture. | H.B.H. | .20 | $80.00 |
| 11/21/2017 | Lengthy tele conf. with C. Jones re status of matter, including wage payment records. (.8 hrs). Draft comm. to client re wage records. (.2 hrs). | H.B.H. | 1.00 | $400.00 |
| 11/21/2017 | Review Answer. Compare Answer to allegations in Complaint. Review Affirmative Defenses and consider whether to file a Motion to Strike. | H.B.H. | .80 | $320.00 |
| 11/21/2017 | Draft lengthy comm. to clients re filing of Answer, discuss next steps and process, etc. | H.B.H. | .40 | $160.00 |
| 11/21/2017 | Lengthy tele conf with F. Jimenez re status of matter and wage issues. (.5 hrs). Draft comm. to F. Jimenez re wage records. (.2 hrs). | H.B.H. | .70 | $280.00 |
| 11/27/2017 | Tele conf. with FJ re status of matter and wage records. | H.B.H. | .20 | $80.00 |
| 11/29/2017 | Draft interrogatories from Jimenez to Timbuktu. | H.B.H. | 2.40 | $960.00 |
| 11/29/2017 | Confer with BWW re Gary Howe. | H.B.H. | .20 | $80.00 |
| 12/4/2017 | Review Order from Court re scheduling. | H.B.H. | .30 | $120.00 |
| 12/4/2017 | Revise interrogs from FJ. | H.B.H. | .20 | $80.00 |
| 12/4/2017 | Tele conf. with FJ re status of matter. | H.B.H. | .30 | $120.00 |
| 12/6/2017 | Draft comm. to counsel re joint stipulation. | H.B.H. | .10 | No Charge |
| 12/11/2017 | Tele conf. with FJ re status of matter. | H.B.H. | .20 | $80.00 |
| 12/12/2017 | Review proposed status report; multi comm. with J. Redd re same. (.5 hrs). Review status report filing via ECF. (.1 hrs). Draft consent to Magistrate Judge. File same via ECF. (.3 hrs). | H.B.H. | .90 | $360.00 |
| 12/14/2017 | Review four (4) Orders of the Court. | H.B.H. | .10 | $40.00 |
| 12/15/2017 | Review Order reassigning mediation to Judge Coulson. | H.B.H. | .10 | $40.00 |
| 12/18/2017 | Draft comm. to counsel re amendment of pleading re Gary Howe. | H.B.H. | .10 | $40.00 |
| 12/20/2017 | Draft comm. to J. Redd and J. Scherr re amendment of claims re G. Howe. | H.B.H. | .10 | $40.00 |
| 12/20/2017 | Comm. with G. Howe re status of matter. | H.B.H. | .30 | $120.00 |
| 12/21/2017 | Review comm. from J. Redd re G. Howe. | H.B.H. | .10 | $40.00 |
| 12/21/2017 | Draft lengthy comm to E. Schulman attaching wage | H.B.H. | .50 | $200.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | payment records, reviewing calculation assignment. | | | |
| 12/21/2017 | Tele conf. with E. Schulman re scheduling of work and calculations. | H.B.H. | .10 | $40.00 |
| 12/22/2017 | Review comm. from J. Redd. Respond to same. (.1 hrs). Review file materials. Draft 1st Amended Complaint to add G. Howe. Review and revise. Confer with BWW re same. Draft redline of same. Draft Motion for Leave to File 1st Amended Complaint. Review and revise. Draft proposed Order re same. File via ECF. | H.B.H. | 4.80 | $1,920.00 |
| 12/22/2017 | Tele conf. with E. Schulman re calculation of dual occupation overtime; discuss impact of overtime payments. | H.B.H. | .20 | $80.00 |
| 12/28/2017 | Review Def's Magistrate Consent. | H.B.H. | .10 | $40.00 |
| 1/2/2018 | Review and respond to judicial assistant comm. re scheduling of mediation. | H.B.H. | .10 | $40.00 |
| 1/3/2018 | Multi comm. with judicial assistant for Judge Coulson re scheduling mediation. (.1 hrs). Draft comm. to J. Redd re extension of discovery and mediation; review response. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 1/3/2018 | Review Order of Court re Amended Complaint. (.1 hrs). Draft comm. to clients re Amended Complaint, addition of G. Howe's claims, and mediation dates. (.3 hrs). | H.B.H. | .40 | $160.00 |
| 1/13/2018 | Draft Interrogatories from G. Howe to Canterbury Restaurant and indiv. defendants. | H.B.H. | 2.10 | $840.00 |
| 1/14/2018 | Review comm. from J. Redd re request for add'l extension. Confer with BWW re same. | H.B.H. | .40 | $160.00 |
| 1/15/2018 | Draft comm. to JR re mediation. | H.B.H. | .10 | $40.00 |
| 1/28/2018 | Tele conf. with BWW re status of conf b/w BWW and opposing counsel. | H.B.H. | .30 | $120.00 |
| 1/31/2018 | Multi tele conf. with BWW re production of records and discovery responses. | H.B.H. | .50 | $200.00 |
| 1/31/2018 | Tele conf. with CJ re status of matter. Tele conf. with FJ re status of matter. | H.B.H. | .80 | $320.00 |
| 2/2/2018 | Review comm. from J. Redd re discovery issues. | H.B.H. | .10 | $40.00 |
| 2/7/2018 | Lengthy tele conf. with C. Jones re review of punch clock records. | H.B.H. | .50 | $200.00 |
| 2/7/2018 | Multi (2) tele conf. with BWW re manufactured discovery and other issues; discuss expert disclosure timing and other issues. | H.B.H. | .40 | $160.00 |
| 2/7/2018 | Review and respond to multi comm. with J. Redd re discovery issues. | H.B.H. | .20 | $80.00 |
| 2/12/2018 | Tele conf. with F. Jimenez re settlement conference unavailability. | H.B.H. | .10 | $40.00 |
| 2/14/2018 | Review revisions by J. Redd to Motion for Extension of Time. Tele conf. with BWW re same. Draft comm. to J. Redd; review response. | H.B.H. | .60 | $240.00 |
| 2/28/2018 | Review discovery and communication file. Draft Consent Motion re Amended SO; draft comm. to JR re same. Transmit. Review response and proposed | H.B.H. | 1.60 | $640.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | edits to Amended SO. | | | |
| 3/5/2018 | Review and respond to comm. from Court re rescheduled settlement date. | H.B.H. | .10 | $40.00 |
| 3/14/2018 | Briefly review document production from Defendants' counsel. | H.B.H. | .50 | $200.00 |
| 3/19/2018 | Confer with BWW re status of discovery and expert reports. | H.B.H. | .30 | $120.00 |
| 4/9/2018 | Tele conf. with BWW re status of matter and issues re deposition dates (division of labor). | H.B.H. | .20 | $80.00 |
| 4/19/2018 | Tele conf. with BWW re topics of 30b6 deposition. Draft 30b6 notice; review and revise. Transmit via email and US Mail. | H.B.H. | .80 | No Charge |
| 4/23/2018 | Tele conf. with BWW re CJ production of documents; review file materials and forward. | H.B.H. | .30 | $120.00 |
| 4/23/2018 | Review comm from J. Redd. Tele conf. with BWW re same. Draft response. | H.B.H. | .20 | $80.00 |
| 4/24/2018 | Review comm. from new opposing counsel; draft response. | H.B.H. | .20 | $80.00 |
| 4/25/2018 | Review notice of withdraw of Kramon & Graham lawyers. | H.B.H. | .10 | $40.00 |
| 4/25/2018 | Review multi notices of appearance. | H.B.H. | .10 | $40.00 |
| 4/25/2018 | Review and revise 30b6 notice. (.1 hrs). Draft lengthy comm. to opposing counsel re status of matter and memorializing discussions in teleconference. (.3 hrs). | H.B.H. | .40 | $160.00 |
| 4/25/2018 | Draft lodestar statement. | H.B.H. | .20 | $80.00 |
| 4/25/2018 | Tele conf. with newly added opposing counsel re dates and discovery schedule. | H.B.H. | .30 | $120.00 |
| 4/30/2018 | Review defense expert report re Timbuktu. (.3 hrs). Tele conf. with BWW re same. (.2 hrs). Review prior deposition of Larry Epstein. (.3 hrs). | H.B.H. | .80 | $320.00 |
| 5/2/2018 | Draft comm. to opposing counsel re mediation demand; review and revise. | H.B.H. | .60 | $240.00 |
| 5/8/2018 | Review counter offer of Defendants. Forward same to clients with advice and counsel. | H.B.H. | .20 | $80.00 |
| 5/8/2018 | Preliminary research re expert costs. (.3 hrs). Draft comm. to BS re deposition of Epstein. | H.B.H. | .40 | $160.00 |
| 5/9/2018 | Review and respond to multi comm with opposing counsel re reasonableness of expert fees. | H.B.H. | .50 | $200.00 |
| 5/9/2018 | Legal research re reasonableness of expert fees (Local Rules, Westlaw, etc.). File research and review Epstein prior depo. | H.B.H. | 2.30 | $920.00 |
| 5/9/2018 | Draft 2nd Request for Prod of Docs. (.4 hrs). Tele conf. with BWW re Defendants response to RPD 18; review same. (.3 hrs). | H.B.H. | .70 | $280.00 |
| 5/11/2018 | Draft Request for Admissions to all Defendants; review and revise. Draft comm. to opposing counsel attaching same. | H.B.H. | 1.30 | $520.00 |
| 5/14/2018 | Tele conf. with C. Jones re status of matter and deposition dates. | H.B.H. | .10 | $40.00 |
| 5/14/2018 | Tele conf. with F. Jimenez re status of matter and | H.B.H. | .10 | $40.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/14/2018 | Tele conf. with G. Howe re status of matter and deposition dates. | H.B.H. | .10 | $40.00 |
| 5/15/2018 | Tele conf. with BWW re 30b6 testimony highlights and issues for further discovery. | H.B.H. | .60 | $240.00 |
| 5/16/2018 | Draft lengthy comm. to opposing counsel re expert witness fee and other issues re status of discovery. | H.B.H. | .40 | $160.00 |
| 5/18/2018 | Review file material. Draft mediation statement to Judge Coulson; review and revise. Transmit to Chambers via US Priority Mail and email. | H.B.H. | 3.90 | $1,560.00 |
| 5/18/2018 | Review proposed Motion; review comm. from BWW. Draft multi comm. to opposing counsel. | H.B.H. | .20 | $80.00 |
| 5/21/2018 | Review comm. from BWW to opposing counsel re discovery responses. | H.B.H. | .10 | $40.00 |
| 5/21/2018 | Initial review of Interrogatory answers. Draft Objection to Interrog #25. (.8 hrs). Begin review of responses to RPDs. (.4 hrs). | H.B.H. | 1.20 | $480.00 |
| 5/22/2018 | Multi comm with BWW re discovery responses and objections. Review and revise written discovery answers and objections of Jimenez. Assemble and prepare documents. | H.B.H. | 4.30 | $1,720.00 |
| 5/22/2018 | Draft comm. to opposing counsel re link to document production. | H.B.H. | .10 | $40.00 |
| 5/23/2018 | Multi tele conf with BWW re Howe discovery. Review and revise Howe discovery. Review and prepare documents; batestamp same. Transmit to opposing counsel. | H.B.H. | 1.80 | $720.00 |
| 5/30/2018 | Review of case materials, pleadings and deposition transcripts | J.L. | 2.10 | $430.50 |
| 5/31/2018 | Review time and invoice records to prepare for mediation. | H.B.H. | .50 | No Charge |
| 5/31/2018 | Review confidential mediation position letter | J.L. | .30 | $61.50 |
| 5/31/2018 | Send text messages to clients reminding them of mediation tomorrow. | H.B.H. | .10 | $40.00 |
| 5/31/2018 | Confer with BWW re mediation strategies. (.2 hrs). | H.B.H. | .20 | $80.00 |
| 5/31/2018 | Reviewed deposition transcripts, drafted a deposition digest | J.L. | 5.30 | $1,086.50 |
| 6/1/2018 | Mediation - Travel to and from US DCT MD. | J.L. | 9.50 | $1,947.50 |
| 6/1/2018 | Mediation - Travel to and from US DCT MD. | H.B.H. | 9.50 | $3,800.00 |
| 6/5/2018 | Prepare cost records; draft comm. to opposing counsel re costs. | H.B.H. | .30 | $120.00 |
| 6/6/2018 | Assisted with editing of settlement agreement | J.L. | .30 | $61.50 |
| 6/6/2018 | Review of settlement agreement with HBH | J.L. | .50 | $102.50 |
| 6/9/2018 | Review and revise settlement agreement. Draft extensive comm. to opposing counsel re revisions to settlement agreement. | H.B.H. | 1.70 | $680.00 |
| 6/11/2018 | Review settlement agreement edits | J.L. | .10 | $20.50 |
| 6/12/2018 | Draft comm. to BWW re settlement agreement. | H.B.H. | .20 | $80.00 |
| 6/14/2018 | Draft comm. to opposing counsel attaching settlement agreement and draft Motion to Approve (and prop order). | H.B.H. | .50 | $200.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 6/15/2018 | Comm. with CJ re status of matter. | H.B.H. | .10 | $40.00 |
| 6/16/2018 | Draft comm. to clients re settlement agreement, explaining terms thereto. (.3 hrs). Transmit via docusign. | H.B.H. | .40 | $160.00 |
| 6/16/2018 | Draft extensive comm. to clients re settlement agreement. | H.B.H. | .60 | $240.00 |
| 6/17/2018 | Reviewing emails re settlement agreement to Pl. and to opposing counsel | J.L. | .10 | $20.50 |
| 6/18/2018 | Review email re settlement paperwork | J.L. | .10 | $20.50 |
| 6/20/2018 | Review comm. from defendant's counsel re change in payment schedule. Respond thereto. Confer with BWW re same. | H.B.H. | .30 | $120.00 |
| 6/20/2018 | Assemble settlement agreement signed by all plaintiffs. Draft comm. to all counsel attaching settlement agreement signed by all plaintiffs. | H.B.H. | .20 | $80.00 |
| 6/21/2018 | Draft extensive comm. to clients re status of matter; review responses. | H.B.H. | .30 | $120.00 |
| 6/21/2018 | Tele conf with FJ. Multi comm with clients re status of matter. Comm with Court and opposing counsel. | H.B.H. | .50 | $200.00 |
| 6/21/2018 | Reading emails to court re. defs reneging on settlement agreement | J.L. | .10 | $20.50 |
| 6/21/2018 | Review and draft multi comm. with Judge Coulson and opposing counsel re status of negotiations. | H.B.H. | .60 | $240.00 |
| 6/21/2018 | Review assignment to draft email to plaintiffs updating them on def. reneging from settlement agreement | J.L. | .10 | $20.50 |
| 6/22/2018 | Receive comm. re signed agreement; respond. | H.B.H. | .20 | $80.00 |
| 6/24/2018 | Prepare Motion for Approval; finalize same. | H.B.H. | .50 | $200.00 |
| 6/24/2018 | Review and revise Affidavit re J. Liew. | H.B.H. | .10 | $40.00 |
| 6/25/2018 | Preparing affidavit | J.L. | .10 | $20.50 |
| 6/25/2018 | Review edited and revised affidavit | J.L. | .10 | $20.50 |
| 6/25/2018 | Managing billing invoices and data spreadsheets | J.L. | .70 | $143.50 |
| 6/25/2018 | Confer with JL. Assemble and finalize materials; file Joint Motion to Approve. | H.B.H. | .50 | $200.00 |
| 6/25/2018 | Processing and managing billing data spreadsheet | J.L. | .20 | $41.00 |
| SUBTOTAL: | | | 105.10 | $37,658.00 |

## Costs

SUBTOTAL:                                                                                                $0.00

## Matter Ledgers

SUBTOTAL:

## Trust Account

| 6/25/2018 | Previous Balance | | | $0.00 |
|---|---|---|---|---|
| | Available in Trust: | | | $0.00 |

TOTAL $37,658.00
PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $37,658.00