IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

PLAINTIFF'S EXHIBIT 3-B

| | | |
|---|---|---|
| **Francisco Jiménez, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. 1:17-cv-03056-SAG |
| **Canterbury Restaurant, LLC** (t/a "Timbuktu"), *et al.* | * | |
| | * | |
| **Defendants** | * | |
| | * | |

## DECLARATION OF JORDAN S. LIEW

1. I, Jordan S. Liew, Esq., am at least 18 years of age and competent to testify, and I am not a party to, or related to a party, in this action. I am employed by Hoffman Employment Law, LLC, and serve as an associate to Howard B. Hoffman, counsel to the Plaintiffs in the above-referenced matter.

2. By way of brief background, I am an attorney in private practice, and I concentrate on employment law. I have been practicing law since 2016, after graduating from the Georgetown University Law Center. I am admitted to the Maryland bar (since 2016), the District of Columbia bar (since 2017), and was sworn into the bar of the U.S. District Court for the District of Maryland on June 22, 2018.

3. Prior to my employment with Hoffman Employment Law, LLC, I gained experience in employment law during my one year tenure with the District of Columbia Office of Attorney General as a Charles F.C. Ruff Fellow. As an attorney with the Civil Litigation Division, I defended the District from claims of race, sex, and disability discrimination, hostile work environment, and retaliation. As an associate with Hoffman Employment

Law, I now focus almost exclusively on employment law cases, primarily those concerning unpaid wage violations involving the FLSA and related state statutes.

4. My total time in this case, through June 1, 2018 (the mediation date) was 17.2 hours. The total value of this time is $3,526.00. In May of 2018, I was tasked with getting up to speed in this case and so I reviewed the cases' pleadings, discovery responses, and analyzed depositions in preparation for further discovery and assistance in this case. I also attended the successful mediation on June 1, 2018. Since June 1st, I estimate that I have spent an additional 1.3 hours on this case, for a total amount of $266.50. I have spent that time reviewing and assisting with the editing of the settlement agreement, as well as drafting this declaration.

5. I have maintained time and costs records in this case, which I have placed into "RocketMatter"© software. The time records reflect actual time that I have expended in the prosecution of this litigation (the "RocketMatter" entries have not been placed into the Court's required lodestar billing format). I inputted my time promptly following work performed. To the fullest extent practical, I have specified the time spent per task, and I have avoided the practice of block billing.

6. The hourly rate claimed in this case, i.e., $205/hour, is well within the range permitted by the U.S. District Court for the District of Maryland (Lodestar Guidelines). It is also supported by primary counsel on this matter, Howard B. Hoffman, Esq., who recently executed the following Declaration. Exh. 3.

**DECLARANT FURTHER SAYETH NAUGHT**

I solemnly affirm under the penalties of perjury that the contents of the foregoing declaration are true and correct.

_____
Jordan S. Liew, Esq.
June 25, 2018