

**PLAINTIFF'S EXHIBIT 3-C**

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Account Statement

Prepared for Francisco Jimenez

Re: Timbuktu Employment Claims

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $5,100.84 |
| New Balance | $5,100.84 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $5,100.84 |
| Trust Account | $0.00 |

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Francisco Jimenez

Invoice Date: June 25, 2018
Invoice Number: Pre-bill
Invoice Amount: $5,100.84

## Matter: Timbuktu Employment Claims

**Attorney's Fees**

| | | | |
|---|---|---|---|
| SUBTOTAL: | | 0.00 | $0.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 10/18/2017 | Filing Fee | $400.00 |
| 10/19/2017 | Postage - Certified Mail (K&G) | $12.66 |
| 10/24/2017 | Priority Mail - Process Server | $5.95 |
| 10/27/2017 | Service of Process - Sakis Georgakopoulos | $50.00 |
| 10/27/2017 | Service of Process - K&G (Canterbury) | $45.00 |
| 11/1/2017 | Postage - K&G | $0.46 |
| 11/9/2017 | Service of Process - DS | $20.00 |
| 11/28/2017 | Postage - Monumental Proc. Serv. | $0.46 |
| 12/26/2017 | Postage - US DCT MD | $2.24 |
| 1/13/2018 | Postage - K&G | $1.82 |
| 3/5/2018 | Invoice - Non-Testifying Expert (A. Hayman) | $600.00 |
| 3/22/2018 | Deposition Transcript - Suzanne George | $561.60 |
| 5/1/2018 | Testifying Expert Invoice - E. Schulman (5/1/18) | $2,109.00 |
| 5/11/2018 | Postage - G&R | $1.84 |
| 5/14/2018 | Postage - Irwin Reporting | $0.47 |
| 5/14/2018 | Postage - E. Schulman | $0.47 |
| 5/18/2018 | Postage - Judge Coulson | $6.55 |
| 5/23/2018 | Postage - G&R | $6.55 |
| 6/1/2018 | Parking - Mediation (HBH) | $18.00 |
| 6/1/2018 | Tolls - ICC (Mediation) (roundtrip) | $7.04 |
| 6/1/2018 | Mileage (mediation) (91 miles @ .55/mile) | $50.05 |
| 6/1/2018 | Copy/Print Charges (TO DATE) (1989 x .25/page) | $497.25 |

| | | |
|---|---|---:|
| 6/1/2018 | Deposition Transcript - 30b6 Witness (KM) | $685.43 |
| 6/1/2018 | Parking - Mediation (BWW) | $18.00 |
| SUBTOTAL: | | $5,100.84 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---:|
| 6/25/2018 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $5,100.84

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $5,100.84