**BRADFORD W. WARBASSE**
ATTORNEY AT LAW
SUITE 200
401 WASHINGTON AVENUE
TOWSON, MARYLAND 21204
TELEPHONE (410) 337-5411
E-MAIL: warbasselaw@gmail.com

## Time Records
### Jimenez v. Canterbury Restaurant, LLC

| Date | Time | Description |
|---|---|---|
| 2017 | | |
| 10/18/17 | .2 | Review Complaint; Tel. w/ HBH re: same (.2). |
| 10/20/17 | .1 | Review communications with Resident Agent, Kramon & Graham; Tel. w/ HBH re: service issues (.1). |
| 11/13/17 | .1 | Tel. w/ HBH re: case strategy (.1). |
| 11/17/17 | .8 | Review payroll records for Jones and Jimenez (.8). |
| 11/27/17 | .4 | Tel. w/ HBH re: case strategy; Review Answer (.4). |
| 11/30/17 | 1.4 | Tel. w/ potential Plaintiff – G. Howe re: potential claims/work schedule; Draft memorandum re: same (1.4). |
| 12/5/17 | 1.1 | Review discovery requests; Tel. w/ HBH re: same/case strategy (.3); Conf. call w/ defense counsel (.8). |
| 12/18/18 | 1.2 | Tel. w/ C. Jones re: work schedule/estimated hours of work (.6); Tel. w/ F. Jimenez re: same (.6). |
| 12/21/17 | .2 | Tel. w/ HBH re: damage calculations; Review emails re: same (.2). |
| 12/22/17 | .4 | Review First Amended Complaint; Tel. w/ HBH re: same (.4). |
| 2018 | | |
| 1/16/18 | .2 | Tel. w/ HBH re: case status (.2). |
| 1/19/18 | .7 | Multi-Tel. w/ HBH re: case status/discovery issues (.3); Conference call w/ defense |

1

| | | | |
|---|---|---|---|
| | | | counsel re: same (.4). |
| | 1/25/18 | .8 | Review Defendant's rolling document production (.8). |
| | 1/26/18 | .3 | Review Defendant's supplemental document production (.3). |
| | 1/31/18 | .9 | Tel. w/ HBH re: tip credit notification issues; Email re: Employee Handbook language (.4); Tel. w/ F. Jimenez re: tip credit notification issues (.5). |
| | 2/5/18 | .8 | Email G. Howe re: POS system – alleged hour of work records; Tel. w/ G. Howe re: time-keeping practices/issues (.8). |
| | 2/7/18 | .5 | Email clients re: Employee handbook re; poster issues; Tel. w/ C. Jones re: same (.5). |
| | 2/13/18 | .9 | Draft Motion for Leave to Amend Sched. Order, proposed Order, Tel. w/ HBH re: same (.9); Exchange Multiple emails w/ defense counsel re: scheduling issues; Tel. w/ F. Jimenez re: same (.4). |
| | 2/14/18 | 1.5 | Tel. w/ Tel. w/ C. Jones re: work schedules, estimated hours of work, vacations & time keeping records and practices; Tel. w/ G. Howe re: same; Prepare weekly estimates (1.5). |
| | 2/15/18 | 2.1 | Tel. w/ F. Jimenez re: work schedules, estimated hours of work, vacations & time keeping records and practices; Prepare weekly estimates (1.0); Review rolling document productions (1.1). |
| | 2/16/18 | 1.5 | Meeting w/ Jones re: case status/ proof issues; Revise estimated hours of work (1.5). |
| | 2/29/18 | 2.6 | Draft letter re: discovery disputes; Tel. w/ J. Redd re: same (2.6). |
| | 3/1/18 | 2.1 | Revise and send letter re: discovery disputes (1.2); Review rolling doc. production (.9). |
| | 3/6/18 | .7 | Exchange emails w/ defense counsel re: discovery disputes; Review document re: flood |

| | | |
|---|---|---|
| | | damage (.7). |
| 3/19/18 | .5 | Multi-emails w/ expert witness report, send source documents and explanation; Tel. w/ HBH re: case status/expert report (.5). |
| 3/20/18 | .7 | Tel. w/ Court Reporter (.1); Review latest document production (.6). |
| 3/21/18 | 2.4 | Preparation re: S. George deposition/selection of exhibits; Tel. w/ HBH re: same (2.4). |
| 3/22/18 | 4.3 | Prepare exhibits (.8); Deposition of Suzanne George (3.5). |
| 3/27/18 | .3 | Review dual occupation formula; changes to dates of dual occupation work schedules/calculations (.3). |
| 4/1/18 | .5 | Review Expert Report/Damage Calculations; Tel. w/ E. Schulman, CPA re: same (.5). |
| 4/2/18 | .9 | Review revisions to Expert Report (.2); Prepare and send Plaintiff's Rule 26(a) disclosures; expert report and curriculum vitae (.7). |
| 4/5/18 | 1.8 | Draft Jimenez Answers & Objections to Interrogatories (1.8). |
| 4/12/18 | .2 | Tel. w/ F. Jimenez re: deposition dates; email defense counsel re: same (.2). |
| 4/15/18 | .3 | Update time for second lodestar statement (.3). |
| 4/16/18 | .2 | Review emails from E. Schulman re: corrections to overtime damage calculations for C. jones (.2). |
| 4/19/18 | .6 | Draft 30(b)(6) Topics (.3); Multi-Tel. w/ HBH re: same; Review Notice of Corp. Designee deposition (.3). |
| 4/23/18 | .5 | Review email re: substitution of counsel; Tel. w/ HBH re: same (.2); Review preliminary Documents produced by C. Jones (.3). |
| 4/25/18 | .6 | Conference call w/ new counsel; Multi-Tel w/ HBH re; same/case status; Email clients re: new deposition dates (.6). |

| Date | Hours | Description |
|---|---|---|
| 4/30/18 | .5 | Multi-tel. w/ HBH re: defense expert; Review Rule 26 designation; Review transcript of testimony in previous case (.5). |
| 5/9/18 | .3 | Review emails re: expert witness testimony fee issues; Tel. w/ HBH re: same (.3). |
| 5/14/15 | 3.2 | Preparation re: corp. designee deposition; Select exhibits (3.2) |
| 5/15/18 | 5.5 | Corp. Designee Deposition (4.5); meet and confer w/ C. Jones & F. Jimenez re: case status/discovery issues (1.0). |
| 5/18/18 | .3 | Review draft letter re: mediation; Tel. w/ HBH re: same (.2); Review Draft motion to Amend Scheduling Order (.1). |
| 5/21/18 | 4.6 | Draft Answers to Interrogatories from C. Jones; Revise Jimenez Answers to Interrogatories; Multi-Tel. w/ clients re: same; Review Plaintiffs documents (4.6). |
| 5/22/18 | 3.7 | Revise Responses to RFP Requests; Prepare document production for Jones and Jimenez; Multi- Tel. w/ HBH re: revisions to discovery responses; Multi-Tel. w/ clients; Revise Answers to Interrogatories; Email Jones and Jimenez discovery responses to defense counsel (3.7). |
| 5/23/18 | 3.3 | Meet and confer w/ G. Howe re: case status/discovery responses (1.2); Revise Howe discovery responses; multi-Tel. w/ HBH re: same (2.1). |
| 5/24/18 | 1.1 | Review corrections to Expert Report; Multi-Tel. w/ E. Schulman re: same; Forward corrected report/highlighted changes to defense counsel (1.1). |
| 5/29/18 | .2 | Tel. w/ F. Jimenez re: settlement conference issues (.2). |
| 5/30/18 | .5 | Review 30(b)(6) transcript (.5). |
| 6/1/18 | 3.0 [Write-off 3.0] | Travel time (1.0); Meet and confer w/ clients (.5); Settlement Conference (4.5) (write-off 3.0). |
| Total: | [61.5] | |