IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Francisco Jimenez, et al, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: SAG-17-3056 |
| Canterbury Restaurant, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement and Mutual Release ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is APPROVED as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**FURTHER ORDERED**, that the Parties' Joint Motion is GRANTED;

**FURTHER ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement and the Settlement Agreement executed by the Parties;

**FURTHER ORDERED**, Plaintiffs shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared by filing a Notice of Dismissal of all claims with prejudice;

**FURTHER ORDERED**, that provided the Defendants make payment under the Settlement Agreement, Plaintiffs' claims shall be DISMISSED with prejudice; and that the Clerk of the Court will CLOSE this case.

1

Dated:_____          _____
                                        Hon. Stephanie A. Gallagher
                                        U.S. Magistrate Judge, District of Maryland

Serve all counsel *(via ECF)*:

Brian A. Scotti, Esq.
Katherine C. Ondeck, Esq.
Courtney R. Abbott, Esq.
Gordon & Rees, LLP
1300 I Street, NW Suite 825
Washington, DC 20005

Howard B. Hoffman, Esq.
600 Jefferson Plaza, Ste. 204
Rockville, MD 20852

Bradford W. Warbasse, Esq.
401 Washington Avenue, Ste. 200
Towson, MD 21204